**Civil Case No.:** 05-320-JO  **Date of Proceeding:** 2/15/06

**Case Title:** Nielsen v. New Cingular Wireless PCS, LLC

**Presiding Judge:** Robert E. Jones  **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None  **Tape No:** ____

**DOCKET ENTRY:**

RECORD OF ORDER:

Based on the stipulation (#38) of the parties, plaintiff's claim for punitive damages is dismissed.

**PLAINTIFF'S COUNSEL**     **DEFENDANT'S COUNSEL**

**DOCUMENT NO:** _____
cc:  { } All counsel  **CIVIL MINUTES**

**Civil Minutes**  **Honorable Robert E. Jones**
**Revised 4/23/91**